# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN PASSMORE,<br><br>        Plaintiff,<br><br>v.<br><br>RAYMOND SOBINA, et al.,<br><br>        Defendants. | Civil Action No. 08-303 Erie |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on October 30, 2008.

The Magistrate Judge's oral Report and Recommendation [Doc. No. 3], entered on the record on November 12, 2008, recommended that Plaintiff's Motion for Preliminary Injunction [Doc. No. 2] be denied. The parties were allowed ten (10) days from the date of the hearing to file objections. No objections were filed. After de novo review of the motion and documents in the case, together with the oral Report and Recommendation, the following order is entered:

AND NOW, this 9th day of December, 2008;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction [Doc. No. 2] is DENIED.

The oral Report and Recommendation [Doc. No. 3] of Magistrate Judge Baxter, entered on November 12, 2008 is adopted as the opinion of the Court.

                                              s/ Sean J. McLaughlin
                                                 United States District Judge

cm:    All parties of record
          Susan Paradise Baxter, U.S. Magistrate Judge