# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN PASSMORE,  )
        Plaintiff,  )
        )  Civil Action No. 08-303 Erie
v.  )
RAYMOND SOBINA, et al.,  )
        Defendants.  )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on October 30, 2008.

The Magistrate Judge's Report and Recommendation [Doc. No. 7], filed on February 4, 2009, recommended that the action be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of the hearing to file objections. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 24th day of February, 2009;

IT IS HEREBY ORDERED that this action is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 7] of Magistrate Judge Baxter, filed on February 4, 2009, is adopted as the opinion of the Court.

          s/ Sean J. McLaughlin
          United States District Judge

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge